JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHOLLANDIA US, LLC, et al., <br><br> Defendants. | Case No.  EDCV 22-2215-GW-RAOx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: March 18, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE